UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

MITCHELL PERKINS,

        Plaintiff,

v.                              Case No. 3:10CV00449

THE BANK OF NEW YORK MELLON, et. al.,

        Defendants.

**MOTION TO DISMISS**

Defendants, the Honorable Joi Taylor and the Commonwealth of Virginia, by counsel and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move this Court to dismiss plaintiff's amended petition, the grounds for which are set forth in the Memorandum of Law in Support filed herewith.[1]

### I.   *ROSEBORO V. GARRISON* **NOTICE AND WARNING**

Notice to *pro se* Plaintiff. Defendants, by counsel, warn you of the following:

1)    You are entitled to file a response opposing this motion. A response must be filed within **twenty days** of the date on which this motion was filed;

2)    The Court may dismiss your case if you do not file a response;

3)    You must identify all facts in this motion with which you disagree. You must set forth your version of the facts by offering affidavits (written statements signed

---

[1] Judge Taylor has not been properly served in this matter as is reflected in her Motion to Quash. The Commonwealth has not been served at all, but waives formal service in an effort to expedite these proceedings.

before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

    4)    You are entitled to file a legal brief in opposition to the one filed by Defendants.

        Respectfully submitted,

        THE HONORABLE JOI TAYLOR and the COMMONWEALTH OF VIRGINIA

        By: _____/s/_____
        Christy W. Monolo, Esq.
        Virginia Bar number 47512
        Attorney for the Honorable Joi Taylor and Commonwealth of Virginia
        Office of the Attorney General
        900 East Main Street
        Richmond, Virginia 23219
        Phone: 804-786-1192
        Fax: 804-371-2087
        cmonolo@oag.state.va.us

KENNETH T. CUCCINELLI, II
Attorney General of Virginia

WESLEY G. RUSSELL, JR.
Deputy Attorney General

CHRISTY W. MONOLO (VSB No. 47512)*
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
(804) 786-1192
(804) 371-2087 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I mailed the document by U.S. mail to the following non-filing user:

Mitchell Perkins
4307 Third St.
Richmond, VA 23221
*Pro se plaintiff*

By: _____/s/_____
Christy W. Monolo, Esq.
Virginia Bar number 47512
Attorney for the Honorable Joi Taylor and
Commonwealth of Virginia
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-1192
Fax: 804-371-2087
cmonolo@oag.state.va.us