IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF VIRGINIA
RICHMOND DIVISION

FILED

Mitchell Perkins,

    Plaintiff,

2010 SEP 10 A 11: 48

Case No. 3:10CV449

v.

BANK OF NEW YORK MELLON TRUST, et al.
    Defendant.

## MOTION FOR LEAVE AND/OR FOR MORE TIME TO ANSWER

COMES NOW, Mitchell Perkins Pro se [ for now], files this Motion for More Time to Answer and states as follows:

1. Due to the miscalculation of the time frame due to the Labor Holiday, Plaintiff prayerfully request time to be granted in order to get case management back on schedule.

2. Plaintiff was unaware of Docket entries until Sept. 7th due to not having access to court recorded records.

### CONCLUSION

WHEREFORE, Mitchell Perkins, Plaintiff Request this Court for more time to get the case back on track so the case can be managed properly. Plaintiff Reserves the Right to Amend Plaintiff's Complaint if this Court finds it needs more details of the charges and any other relief the Court might find in the name of Justice.

Respectfully submitted,

*Mitchell Perkins*
Mitchell Perkins, Pro se [ for now]
4307 Third Street
Richmond, Va. 23223

Respectfully submitted,

*Mitchell Perkins*

CERTIFICATE OF SERVICE

Mitchell Perkins certify that on <u>Sept. 10th</u>, 2010, mailed or hand delivered a true and correct copy of the above and foregoing Motion to Defendant's counsels.

*[signature: Mitchell Perkins]*

Mitchell Perkins, Pro se [ for now]
4307 Third Street
Richmond, Va. 23223

Bank of New York Mellon, et al