UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

MITCHELL PERKINS,

      Plaintiff,

v.                                      Case No. 3:10CV00449

THE BANK OF NEW YORK MELLON, et. al.,

      Defendants.

## REQUEST FOR HEARING

Defendants, Honorable Joi Taylor and the Commonwealth of Virginia, by counsel, respectfully request that this Court set their Motion to Dismiss and Motion to Quash for a hearing if the Court so deems it necessary.

Respectfully submitted,

THE HONORABLE JOI TAYLOR and the
COMMONWEALTH OF VIRGINIA

By: _____/s/_____
Christy W. Monolo, Esq.
Virginia Bar number 47512
Attorney for the Honorable Joi Taylor and
Commonwealth of Virginia
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-1192
Fax: 804-371-2087
cmonolo@oag.state.va.us

KENNETH T. CUCCINELLI, II
Attorney General of Virginia

WESLEY G. RUSSELL, JR.
Deputy Attorney General

CHRISTY W. MONOLO (VSB No. 47512)*
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
(804) 786-1192
(804) 371-2087 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to the following:

Summer J. Hodges, Esq.
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
(678) 298-8817

Lindsey C. Kelly, Esq.
Shapiro & Burson, LLP
236 Clearfield Ave., Suite 215
Virginia Beach, VA 23462
(757) 687-8777

And I hereby certify that I mailed the document by U.S. mail to the following non-filing user:

Mitchell Perkins
4307 Third St.
Richmond, VA 23221
*Pro se plaintiff*

By: _____/s/_____
Christy W. Monolo, Esq.
Virginia Bar number 47512
Attorney for the Honorable Joi Taylor and
Commonwealth of Virginia
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-1192
Fax: 804-371-2087
cmonolo@oag.state.va.us