# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 1/11/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Mitchell Perkins v. The Bank of New York Mellon et al | CASE NO: 3:10CV449 <br> JUDGE: Gibney <br> COURT REPORTER: Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel, Pro Se (✓) Perkins  TRO
Taylor & State of Virginia  Perkins

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Not able to enter an injunction against Judge Taylor or the State courts.

Preliminary Injunction - DENIED

Counsel for Plaintiff(s): Mitchell Perkins, pro se

Counsel for Defendant(s): Joi Jeter Taylor, State of Virginia

SET: 11:00   BEGAN: 11:02   ENDED: 11:30   TIME IN COURT: :28

RECESSES: