IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MITCHELL PERKINS,

        Plaintiff,

v.         Civil Action Number 3:10CV449

THE BANK OF NEW YORK MELLON, et. al.,

        Defendants.

## ORDER
### (Emergency TRO and Preliminary Injunction)

THIS MATTER is before the Court on Plaintiff's Emergency Motion for a Temporary Restraining Order (Dk. No. 25; amended at Dk. No. 27). At the hearing on January 11, 2011, with leave of court, the Plaintiff also moved for a preliminary injunction. For the reasons stated on the record on January 11, 2011, the Plaintiff's motions for a temporary restraining order and preliminary injunction are DENIED.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

1/11/2011                 /s/
DATE                 JOHN A. GIBNEY, JR.
                        UNITED STATES DISTRICT JUDGE