IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MITCHELL PERKINS,

                           Plaintiff,

v.                                              Civil Action No. 3:10CV449

THE BANK OF NEW YORK MELLON, et al.,

                           Defendants.

## **ORDER**

This matter is hereby REASSIGNED to the Honorable United States District Judge John A. Gibney, Jr., *nunc pro tunc* January 10, 2011.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

January 13, 2011                                         /s/
DATE                                               RICHARD L. WILLIAMS
                                                   SENIOR UNITED STATES DISTRICT JUDGE